IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3154 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RHONDA G. HUFFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel, and with the agreement of the government,

IT IS ORDERED that Defendant Huffman's sentencing is continued to 12:00 noon on Friday, September 16, 2005, before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

July 11, 2005.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge